585 A.2d 366
DOBRILA RECTOR v. ALEXANDER LEVCHUK.

September 4, 1990.

Petition for certification denied.

585 A.2d 366
JAMES K. DALY v. HIGH BRIDGE TEACHERS' ASSOCIATION.

THOMAS GAY v. PASCACK VALLEY REGIONAL
EDUCATION ASSOC.

ROBERT B. MELLERT v. BROOKDALE COMMUNITY
COLLEGE FACULTY ASSOC.

September 4, 1990.

Petition for certification denied.   (See 242 *N.J.Super.* 12, 575 *A.*2d 1373)

585 A.2d 367
JAMES P. D'AMORE v. PLANNING BOARD OF THE
TOWNSHIP OF MILLSTONE.

September 4, 1990.

Petition for certification denied.

585 A.2d 367
JENNIFER REES v. ELI LILLY AND COMPANY, INC.

September 4, 1990.

Petition for certification denied.